**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER ALLEN, of the Family Ottersbach,

Plaintiff,

v.

KIMBERLY GIARDINA, through Region 9 IV-D Agency,

Defendant.

Case No.: 3:25-cv-01034-RBM-VET

**ORDER DISMISSING CASE**

On October 30, 2025, the Court granted Defendant's Motion to Dismiss. (Doc. 8.) The Court denied with prejudice the first eight causes of action in Plaintiff's Complaint because they were barred by the *Rooker-Feldman* doctrine. (*Id.* at 7–11.) The Court denied Plaintiff's ninth cause of action, a claim the Court construed to be brought under 15 U.S.C. § 52, with leave to amend. (*Id.* at 11–12.) The Court granted Plaintiff leave to file an amended complaint on or before December 5, 2025. (*Id.* at 13.) Because Plaintiff has missed that deadline now by 10 months, the Court **DISMISSES** this action.

A district court may dismiss a plaintiff's action for his failure to prosecute or his failure to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). Before dismissing the action under Rule 41(b), courts must consider:

> (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits.

*Pagtalunan*, 291 F.3d at 642.

These factors favor dismissal. As to the first two factors, over ten months have passed since the Court notified Plaintiff of, and directed Plaintiff to cure, the defects in his case. (*See* Doc. 8 at 13.) There is no risk of prejudice to Defendant given the procedural posture of this case. As to the fourth factor, because Plaintiff has been granted leave to proceed *in forma pauperis*, "the imposition of monetary sanctions would be inappropriate and likely ineffective and would not remedy Plaintiff's lack of participation." *Lewis v. Donovan*, Case No. 21-cv-1266-BAS-KSC, 2021 WL 6051571, at *2 (S.D. Cal. Dec. 21, 2021) (citation modified). The fifth factor weighs against dismissal, but is outweighed by the first, second, and fourth factors, which heavily favor dismissal.

Therefore, the Court finds it appropriate to dismiss this action for Plaintiff's failure to comply with the Court's orders. The Court **DISMISSES without prejudice** this action. The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: October 13, 2026

Ruth Bermudez Montenegro

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE